DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6569
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Nature's Value, Inc., and*
*Richard Persaud*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | Case No.: 2:18-cv-370-RFB-GWF |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| NATURE'S VALUE, INC., RICHARD PERSAUD, and DOES 1 THROUGH 20, | |
| Defendants. | |

Defendant NATURE'S VALUE, INC. hereby substitutes Deverie J. Christensen and Joshua A. Sliker of Jackson Lewis P.C., 3800 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, as its counsel in the above captioned matter, in place of Michael J. Nunez and Steven J.T. Washington of Murchison & Cumming, LLP, 350 South Rampart Boulevard, Suite 320, Las Vegas, Nevada 89145.

Dated this 2nd day of August, 2018.

NATURE'S VALUE, INC.

(Name) JOSEPH M. KRAMER

(Title) CFO

Michael J. Nunez and Steven J.T. Washington of Murchison & Cumming, LLP agree and consent to the substitution of Deverie J. Christensen and Joshua A. Sliker of Jackson Lewis P.C. as counsel for Defendant Nature's Value, Inc. in the above referenced matter.

Dated this 30th day of July, 2018.

MURCHISON & CUMMING, LLP

___#10410 for___
MICHAEL J. NUNEZ, ESQ.
Nevada Bar No. 10703
STEVEN J.T. WASHINGTON, ESQ.
Nevada Bar No. 14298
350 South Rampart Boulevard
Suite 320
Las Vegas, Nevada 89145

Deverie J. Christensen and Joshua A. Sliker are admitted to practice law in the State of Nevada, are in good standing, and hereby accept substitution as counsel for Defendant Nature's Value, Inc. in the above referenced matter.

Dated this 2nd day of August, 2018.

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6569
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8/3/2018