DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6569
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Nature's Value, Inc., and*
*Richard Persaud*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATURE'S VALUE, INC., RICHARD PERSAUD, and DOES 1 THROUGH 20,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-370-RFB-GWF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' OPPOSITION TO MOTION TO QUASH SUBPOENA DUCES TECUM ISSUED TO AT&T MOBILITY (ECF NO. 24), AND CONTINUING HEARING** |

Defendants Nature's Value, Inc. and Richard Persaud ("Defendants"), by and through their counsel of record, Jackson Lewis P.C., and Interested Parties Amber Breen, Ian Breen, and Fuller Enterprises USA, Inc. ("Fuller") (together, the "Fuller Parties") (collectively, Defendants and the Fuller Parties shall be referred to as the "Parties"), by and through their counsel of record, Rempfer Mott Lundy, PLLC and Michael Aaron Harwin, P.C., hereby stipulate as follows:

1. On or about August 9, 2018, Defendants served a subpoena *duces tecum* seeking certain information and records from AT&T Mobility, LLC regarding cellular telephone numbers (760) 448-0550 and (562) 277-8442 (the "Subpoena"). ECF No. 24, pp. 79-82.

2. On August 29, 2018, the Fuller Parties filed a Motion to Quash the Subpoena. ECF No. 24.

3. Defendants' Opposition to the Motion is due on September 12, 2018.

4.        The Motion to Quash is scheduled to be heard on Tuesday, September 25, 2018 at 10:30 a.m.  ECF No. 25.

5.        Since the filing of the Motion, the Parties have continued to meet and confer regarding the Fuller Parties' objections to the Subpoena.

6.        Based on these ongoing discussions, the Parties believe that with additional time, they may be able to resolve the dispute presented in the Motion to Quash.

7.        In furtherance thereof, the Fuller Parties have consented to allow Defendants an extension of time to submit their Opposition to the Motion to Quash to Friday, September 28, 2018.

8.        Due to the extension of time and ongoing discussions, the Parties request that the Court continue the hearing on the Fuller Parties' Motion to Quash currently scheduled for Tuesday, September 25, 2018 at 10:30 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1         9.      The Parties have conferred on their availability for the continued hearing and believe

2    that they are available on October 24th through October 26th, October 31st, and November 7th and 8,

3    2018. However, counsel for the Fuller Parties, Michael A. Harwin, maintains a busy criminal

4    practice and may have hearings and/or other court proceedings scheduled on short notice that cannot

5    be moved. Any such issues will be brought to the Court's attention as necessary.

6         Dated this 12th day of September, 2018.

7

8    JACKSON LEWIS P.C.             MICHAEL AARON HARWIN, P.C.

9    /s/ Joshua A. Sliker             /s/ Michael A. Harwin
     Joshua A. Sliker, Bar No. 12493      Michael A. Harwin, *Admitted Pro Hac Vice*

10   3800 Howard Hughes Parkway, Ste. 600   239 North Church Avenue
     Las Vegas, Nevada 89169            Tucson, Arizona 85701

11   *Attorneys for Defendants*

12                           Joseph N. Mott, Bar No. 12455
                             Scott E. Lundy, Bar No. 14235

13                           REMPFER MOTT LUNDY, PLLC
                             10091 Park Run Drive

14                           Suite 200
                             Las Vegas, Nevada 89145

15                           *Attorneys for Interested Parties Amber Breen,*
                             *Ian Breen, and Fuller Enterprises USA, Inc.*

16

17                          **IT IS SO ORDERED.**

18

19        Dated:  9-13-2018

20                          U.S. MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 12th day of September, 2018, I caused to be sent via electronic filing, a true and correct copy of the above and foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' OPPOSITION TO MOTION TO QUASH SUBPOENA DUCES TECUM ISSUED TO AT&T MOBILITY (ECF NO. 24), AND CONTINUING HEARING** properly addressed to the following:

| | |
|---|---|
| Joel Selik<br>SELIK LAW OFFICES<br>1050 Indigo Drive<br>Suite 112<br>Las Vegas, Nevada 89145<br>joel@seliklaw.com<br>*Attorneys for Plaintiff* | Joseph N. Mott<br>Scott E. Lundy<br>REMPFER MOTT LUNDY, PLLC<br>10091 Park Run Drive<br>Suite 200<br>Las Vegas, Nevada 89145<br>joey@rmllegal.com<br>scott@rmllegal.com<br>*Attorneys for Fuller Enterprise USA, Inc., Ian Breen, and Amber Breen* |
| Steven J. Parsons<br>LAW OFFICES OF STEVEN J. PARSONS<br>10091 Park Run Dr., Ste. 200<br>Las Vegas, Nevada 89145<br>steve@sjplawyer.com<br>*Attorneys for Plaintiff* | Michael A. Harwin,<br>MICHAEL A. HARWIN, P.C.<br>239 North Church Avenue<br>Tucson, Arizona 85701<br>*Attorneys for Fuller Enterprise USA, Inc., Ian Breen, and Amber Breen* |
| Samuel A. Clemens<br>Anna R. Yum<br>GILLEON LAW FIRM<br>1320 Columbia Street<br>Suite 200<br>San Diego, California 92101<br>sam@gilleonlawfirm.com<br>ayum@annayumlaw.com<br>*Attorneys for Plaintiff* | |

/s/ Joshua A. Sliker
Employee of Jackson Lewis P.C.